Jack G. Angaran, Esp. (Bar No. 711)
GEORGESON ANGARAN, Attorneys at Law
5450 Longley Lane
Reno, Nevada 89511
Telephone: (775) 827-6440
Facsimile: (775) 827-9256

J. Noah Hagey, Esq. *(admitted pro hac vice)*
Amit Rana, Esq. *(admitted pro hac vice)*
BRAUNHAGEY & BORDEN LLP
220 Sansome Street, Second Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

*Attorneys for Plaintiff Nature's Bakery, LLC*
*f/k/a Bella Four Bakery, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATURE'S BAKERY, LLC, f/k/a Bella Four Bakery, Inc., <br><br>Plaintiffs, <br><br> v. <br><br> NC:TS, Inc., a California Corporation, and ROBERT BOWSER, a California Resident, <br><br>Defendants. | Case No. 3:16-cv-00713-HDM-VPC <br>(Lead Case) |
| NC:TS, Inc., a California Corporation, <br><br>Plaintiffs, <br><br> v. <br><br> NATURE'S BAKERY, LLC, f/k/a Bella Four Bakery, Inc., a Delaware Corporation <br><br>Defendants. | Case No. 3:17-cv-00048-HDM-VPC <br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |



GEORGESON
ANGARAN

IT IS HEREBY STIPULATED by and between the parties to the above-entitled consolidated actions, through their undersigned counsel of record, that the above-entitled consolidated actions, and each of them, be dismissed with prejudice, each party to bear his own costs and attorneys' fees.

DATED: July 2, 2018.

BRAUNHAGEY & BORDEN LLP

By _____
J. Noah Hagey, Esq. *(admitted pro hac vice)*
Amit Rana, Esq. *(admitted pro hac vice)*

Attorneys for Nature's Bakery, LLC
f/k/a Bella Four Bakery, LLC

GEORGESON ANGARAN, CHTD.

By  /s/  Jack G. Angaran
Jack G. Angaran, Esq. (SBN 711)

Attorneys for Nature's Bakery, LLC
f/k/a Bella Four Bakery, LLC (Local counsel)

DATED: July 2, 2018.

DATED: July 2, 2018.

KAYSER, PAHOR, ATTORNEYS, LLP

By _____
Mark A. Pahor, Esq. *(admitted pro hac vice)*

Attorneys for NC:TS, Inc. and Robert Bowser

FENNEMORE CRAIG, P.C

By  /s/  Leslie Bryan Hart
Leslie Bryan Hart, Esq. (SBN 4932)
300 E. Second Street, Suite 1510
Reno, NV 89501
Telephone: (775) 788-2228

Attorneys for NC:TS, Inc. and Robert Bowser
(Local counsel)

DATED: July 2, 2018.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 3, 2018

